AO 443 (Rev. 01/09) Warrant for the Arrest of a Witness or Material Witness in a Pending Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>__GREGORY TAYLOR__<br>*Defendant* | ) ) ) Case No. 19-CR-20280-JTF ) ) ) |

## WARRANT FOR THE ARREST OF A WITNESS OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* _____ Heidi Williams _____, a person

- ☐ who has been served with a subpoena to appear in this case and has failed to do so.
- ☑ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date and time issued: September 30, 2019 at 4:00 p.m.     *Diane K. Vescovo*
  *Issuing officer's signature*

City and state:   MEMPHIS, TENNESSEE     DIANE K. VESCOVO, CHIEF U.S. MAGISTRATE
  *Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

  *Arresting officer's signature*

  Sergeant Timothy Bogue
  *Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CR. No.: 19-mc-042 dkv |
| GREGORY TAYLOR, | ) |
| Defendant. | ) |

## ORDER ISSUING MATERIAL WITNESS WARRANT

FOR OR GOOD CAUSE SHOWN and pursuant to Title 18, United States Code, Section 3144:

IT IS HEREBY ORDERED AND DECREED that HEIDI WILLIAMS is a material witness in the above-captioned case, that a warrant shall issue for her arrest, and that she shall be bound over to the custody of the United States Marshal pending a detention hearing pursuant to Title 18, United States Code, Section 3142.

DATED: SEPTEMBER 30, 2019.

s/DIANE K. VESCOVO
HON. DIANE K. VESCOVO
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CR. No.: 19-MC-042 dkv |
| GREGORY TAYLOR, | ) ) ) |
| Defendant. | ) |

## MOTION FOR A MATERIAL WITNESS WARRANT

The United States of America, through its attorneys, D. Michael Dunavant, United States Attorney, and Joseph F. Griffith, Special Assistant United States Attorney, and moves for the issuance of a material witness warrant for Heidi Williams. In support, the United States would state the following:

1. Heidi Williams is a witness who has been subpoenaed in this trial. Her testimony is material and it has become impracticable to secure his presence by subpoena.

2. Pursuant to 18 U.S.C. § 3144,

    If it appears from an affidavit filed by a party that the testimony of a person is material in a criminal proceeding, and if it is shown that it may become impracticable to secure the presence of the person by subpoena, a judicial officer may order the arrest of the person and treat the person in accordance with the provisions of section 3142 of this title.

Wherefore, counsel for the United States requests that the Court issue a material witness warrant for Heidi Williams' appearance at trial.

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney

By: s/ Joseph F. Griffith
JOSEPH F. GRIFFITH
Special Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, Tennessee 38103
(901) 544-4231

**CERTIFICATE OF SERVICE**

I, Joseph Griffith, Special Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing motion has been filed and provided to defense counsel via District Court's Electronic Filing System.

This 30th day of September, 2019.

*s/ Joseph F. Griffith*
Joseph F. Griffith
Special Assistant United States Attorney

## AFFIDAVIT FOR WARRANT FOR MATERIAL WITNESS IN A PENDING CRIMINAL CASE PURSUANT TO 18 U.S.C. § 3144

I, Tim Bogue, (hereinafter, "Sgt. Bogue" or in the first person), a Memphis Police Officer, being first duly sworn, hereby depose and state the following in support of the motion by the United States for a material witness warrant for Heidi Williams:

1. I have served with the Memphis Police Department since 2006 and I am currently assigned to the Organized Crime Unit. The information in this affidavit is based on my personal knowledge and is provided for the limited purpose of obtaining a material witness warrant.

2. I am the Case Officer investigating the overdose death of Gabriel Monske that occurred at 787 S. Prescott, Memphis Tn, on February 10th, 2018.

3. Heidi Williams was a witness to the overdose death of Monske. Williams had previously met with Sgt. Bogue and AUSA Griffith in a pre-indictment meeting. Williams was clearly instructed to meet the following day for Grand Jury and never arrived. Williams claimed ignorance of these instructions.

4. Williams has been nonresponsive to multiple attempts to contact her since the pre indictment meeting. I have personally called and left voicemail messages and text messages for her to no avail.

5. Williams has since moved away from Tennessee. Per Law Enforcement databases, Williams moved to a location in Fernandina Beach, FL. While attempting to locate Williams. Sgt. Bogue observed numerous Facebook posts from Williams. In these posts, Williams advised that she had moved to Colorado to live with her father.

6. Based on these facts, it is unlikely the United States will be able to secure the presence of Williams for trial without intervention from the Court.

7. For the reasons listed above, I believe that Heidi Williams is a material witness whose testimony cannot be secured by subpoena and who should be arrested pursuant to 18 U.S.C. § 3144 and brought before the Court to provide testimony at trial.

Respectfully Submitted,

/s/ _____ 10/9/11
Sgt. T. Bogue
Memphis Police Department
Organized Crime Unit

Sworn to and subscribed before me on the 30th day of September 2019.

s/ DIANE K. VESCOVO
Honorable Judge Diane K. Vescovo
United States District Court Judge
Western District of Tennessee